■ In the Matter of LOUIS FRIED, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent.— Application by petitioner for a declaratory judgment or a writ of error *coram nobis,* denied. (For decisions on prior motions and applications, see 246 App. Div. 817; 14 A D 2d 920; 21 A D 2d 697; 23 A D 2d 824; 19 A D 2d 911.) Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.